UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRIS COLLINS | CIVIL ACTION |
| VERSUS | |
| STEVE RADER, ET AL. | NO.: 3:14-cv-00172-BAJ-SCR |

## RULING AND ORDER

On August 26, 2014, the United States Magistrate Judge issued a Report and Recommendation (Doc. 14), recommending that Defendants' Motion to Dismiss (Doc. 13) be denied because Defendants' July 3, 2014, Suggestion of Death filing is insufficient to start the 90-day time period for a representative of Plaintiff to move to substitute into the case pursuant to Federal Rule of Civil Procedure 25(a)(1).

Having carefully considered Defendants' Motion and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 13) is **DENIED**.

Baton Rouge, Louisiana, this 6th day of January, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA